# COURT REPORTER'S REQUEST FOR EXTENSION OF TIME

THIS RECORD IS DUE ON January 11, 2015

THIS RECORD WAS ORIGINALLY DUE ON December 11, 2014

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/13/2015 8:14:41 AM
DEBBIE AUTREY
Clerk

I AM REQUESTING 30 DAYS

THIS RECORD IS APPROXIMATELY 1,500 PAGES LONG

IS THIS APPEAL ACCELERATED?  ___YES _X__NO

**SIXTH COURT OF APPEALS CAUSE NO.  06-14-00159, 06-14-00160**

**STYLE OF CASE:  State of Texas vs. Thomas Taunton**

**TRIAL COURT 336th District Court, Fannin County, Texas**

**TRIAL COURT CAUSE NO. CR-12-24098, CR-13-24755**

I am responsible for preparing a record in this appeal, but am unable to file the record by the original due date for the following reason(s):  (Check all that apply – attach additional pages if necessary.)

☐ To the best of my knowledge, the Appellant has made no claim of indigence, or has been found to be not indigent, and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

X My duties listed below preclude working on this record:
Preceding this trial, I was tasked with completing a transcript of approximately 1,700 pages for a co-defendant's trial that was upcoming. I immediately began working on the Reporter's Record in the Taunton case once that record was completed.  I approximate the record in the Taunton case to be approximately 1,500 pages.  There are also a large number of exhibits in the Taunton trial that have to be prepared.  There are over 1,000 photographs in addition to other evidence. As we are the only district court in Fannin County, we hear a multitude of cases.  I am currently in a trial that is projected to be no less than a week long and anticipate another week-long trial to begin on January 26, 2014.

☐ Other (explain): _____
_____
_____
_____
_____

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

January 12th, 2015_____          /S/ Charla Reamy_____
Date                                     Signature

(903) 583-2863_____       Charla Reamy_____
Office Phone Number                      Printed Name

creamy@fanninco.net_____         336th District Court Reporter_____
E-mail address (if available)            Official Title


The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

**Lead Counsel for Appellant(s):**          **Lead Counsel for Appellee(s):**

Name: Steve R. Miears_____          Name: John B. Setterberg_____

Address: 211 North Main Street_____       Address: 101 E. Sam Rayburn Blvd._____

Bonham, Texas 75418_____            Bonham, Texas 75418_____

Phone No. 903-640-4963_____          Phone No. 903-583-7448_____

Attorney for: Thomas Taunton_____       Attorney for: State of Texas_____



FAX TO: Molly Pate (Deputy Criminal Clerk) or Kim Robinson (Deputy Civil Clerk)

Sixth Court of Appeals, Texarkana, at

903 798-3034

(to be followed by a printed version by mail)